RENA MCDONALD, ESQ.
Nevada Bar No. 8852
**ECLIPSE LAW GROUP**
203 S. Water Street, Suite 300
Henderson, NV 89015
Telephone: (702) 448-4962
Facsimile: (702) 448-5011
rena@eclipselawgroup.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL VICTOR HANCOCK, an individual,<br><br>Plaintiff,<br>vs.<br><br>JIMMY LOVRIEN, an individual, DULUTH NEWS TRIBUNE, LLC, a Minnesota Limited Liability Company, and ROE CORPORATIONS I through X, inclusive. | CASE NO. : 2:24-cv-00369<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, attorney of record for DANIEL VICTOR HANCOCK, certifies that the following may have a direct, pecuniary interest in the outcome of this case:

DANIEL VICTOR HANCOCK
c/o Eclipse Law Group
203 S. Water Street, Suite 300
Henderson, NV 89015
*Plaintiff*

JIMMY LOVRIEN
424 W 1st St.
Duluth, MN 55802
*Defendant*

DULUTH NEWS TRIBUNE
424 W 1st St.
Duluth, MN 55802
*Defendant*

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED this 8th day of March 2024.

**ECLIPSE LAW GROUP**

*/s/ Rena McDonald*
Rena McDonald, Esq.
Nevada Bar No. 8852
203 S. Water Street, Suite 300
Henderson, NV 89015
Telephone: (702) 448-4962
Facsimile: (702) 448-5011
Email: rena@eclipselawgroup.com
*Attorney for Plaintiff*