RENA MCDONALD, ESQ.
Nevada Bar No. 8852
**ECLIPSE LAW GROUP**
203 S. Water Street, Suite 300
Henderson, NV 89015
Telephone: (702) 448-4962
Facsimile: (702) 448-5011
rena@eclipselawgroup.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL VICTOR HANCOCK, an individual, <br><br> Plaintiff, <br> vs. <br><br> JIMMY LOVRIEN, an individual; JOHN RAMOS, an individual; DULUTH NEWS TRIBUNE, LLC, a Minnesota Limited Liability Company, and ROE CORPORATIONS I through X, inclusive. | CASE NO.  : 2:24-cv-00369 <br> DEPT. NO.  : <br><br> **AMENDED SUMMONS** |

TO:  JIMMY LOVRIEN and DULUTH NEWS TRIBUNE
424 W 1st St.
Duluth, MN 55802

JOHN RAMOS
DULUTH MONITOR
PO Box 161702
Duluth, MN 55816

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil

Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rena, McDonald, Esq.<br>
ECLIPSE LAW GROUP<br>
203 S. Water Street, Suite 300<br>
Henderson, NV 89015<br>
Telephone: (702)448-4962<br>
Facsimile: (702) 448-5011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATED this ____ day of May 2024.

                                                  CLERK OF COURT

                                                  _____