RENA MCDONALD, ESQ.
Nevada Bar No. 8852
**ECLIPSE LAW GROUP**
203 S. Water Street, Suite 300
Henderson, NV 89015
Telephone: (702) 448-4962
Facsimile: (702) 448-5011
rena@eclipselawgroup.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL VICTOR HANCOCK, an individual, | ) CASE NO.    : 2:24-cv-00369 |
| | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER GRANTING EX PARTE MOTION TO ENLARGE THE TIME FOR SERVICE OF THE COMPLAINT AND SUMMONS PURSUANT TO NRCP 4** |
| JIMMY LOVRIEN, an individual, DULUTH NEWS TRIBUNE, LLC, a Minnesota Limited Liability Company, and ROE CORPORATIONS I through X, inclusive. | ) |

Upon reading the pleadings on file herein, it appears that an Amended Complaint has been filed; that a Summons directed to the Defendants have been issued; that all Defendants are necessary parties; that skip traces to find Defendants needed to be performed in an effort to personally serve Defendants, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff's Ex Parte Motion to Enlarge the Time for Service of the Complaint and Summons pursuant to NRCP 4 (Electronically Filed on May 24, 2024) is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the time within which to serve the Defendant with the Complaint and Summons is EXTENDED to and includes June 30, 2024.

ECLIPSE LAW GROUP
203 S. Water Street, Suite 300
Henderson, NV 89015
Phone (702)448-4962 Fax (702)448-5011

1   **IT IS FURTHER ORDERED** that failure to serve the Defendants by the above date may

2   result in the Court dismissing this action as to the Defendants without prejudice pursuant to

3   N.R.C.P. 4.

4

5

6   DATED this _____ day of May 2024.

7

8

9

10

11   _____

12

13

14

15   Respectfully Submitted by:

16   **ECLIPSE LAW GROUP**

17

18   */s/ Rena McDonald*
     Rena McDonald, Esq.

19   Nevada Bar No. 8852
     203 S. Water Street, Suite 300

20   Henderson, NV 89015
     Telephone: (702) 448-4962

21   Facsimile: (702) 448-5011

22   Email: rena@eclipselawgroup.com
     *Attorney for Plaintiff*

23

24

25

26

27

28