# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL VICTOR HANCOCK,<br>    Plaintiff(s),<br>v.<br>JIMMY LOVRIEN, et al.,<br>    Defendant(s). | Case No. 2:24-cv-00369-CDS-NJK<br>**Order**<br>[Docket No. 10] |

    Pending before the Court is Plaintiff's motion to extend time to effectuate service. Docket No. 10. Plaintiff filed suit in federal court and it is the Federal Rules of Civil Procedure that govern here. *See, e.g.*, Fed. R. Civ. P. 1. Without any explanation, the pending motion is predicated on state court rules and case law. *See* Docket No. 10. Accordingly, the motion is **DENIED** without prejudice.

    IT IS SO ORDERED.

    Dated: June 3, 2024

                                                                          Nancy J. Koppe<br>                                                                 United States Magistrate Judge