1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL VICTOR HANCOCK, an individual, | Case No. 2:24-cv-369-CDS-NJK |
| Plaintiff(s), | VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL |
| vs. | |
| JIMMY LOVRIEN, et.al. | |
| Defendant(s). | FILING FEE IS $250.00 |

_____Jordan B. Weir_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Vogel Law Firm_____
(firm name)

with offices at _____218 Northern Pacific Avenue_____,
(street address)

___Fargo___, ___North Dakota___ ▼ , ___58102___ ,
(city)          (state)                  (zip code)

___701-237-6983___, ___jweir@vogellaw.com___ .
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Jimmy Lovrien and Duluth News Tribune___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>2/7/2014</u> (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <u>North Dakota</u> (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US District Court for the District of North Dakota | 11/25/2014 | NA |
| Minnesota | 10/16/2013 | 0395201 |
| US District Court for the District of Minnesota | 5/25/2016 | NA |
| Eighth Circuit Court of Appeals | 7/20/2023 | NA |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar Association of North Dakota; Minnesota State Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF North Dakota  )
                       )
COUNTY OF   Cass       )

____Jordan B. Weir____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__20th__ day of __June__, __2024__.

_____
Notary Public or Clerk of Court

JESSICCA BYE
Notary Public
State of North Dakota
My Commission Expires Dec 11, 2026

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Michael Kustra____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____6725 Via Austi Parkway, Suite 240_____,
(street address)

___Las Vegas___, ___Nevada___, ___89119___,
(city)           (state)          (zip code)

___702-836-3138___, ___mkustra@wolfenzon.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Michael Kustra_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*/s/ Neal Ronquist*
(party's signature)

Neal Ronquist
(type or print party name, title)

*/s/*
(party's signature)

Jimmy Lovrien
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Michael Kustra*
Designated Resident Nevada Counsel's signature

14899                          mkustra@wolfenzon.com
Bar number                     Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Supreme Court of North Dakota

**OFFICE OF THE CLERK**
600 E BOULEVARD AVE
BISMARCK ND 58505-0530
(701) 328-2221
supclerkofcourt@ndcourts.gov

CLERK OF THE SUPREME COURT
PETRA H. MANDIGO HULM

CHIEF DEPUTY CLERK
LISA J.H. ANDERSEN

IN THE SUPREME COURT    )
STATE OF NORTH DAKOTA  )

I, Petra H. Mandigo Hulm, Clerk of the Supreme Court within and for the State of North Dakota, do hereby certify that according to the records maintained in this office, Jordan Blaise Weir, North Dakota Bar Id. #07852 was duly admitted as an attorney and counselor of the Supreme Court of the State of North Dakota, the highest court of record in the State of North Dakota, on 02/07/2014; and is currently licensed to practice law, and authorized to appear in said Court and all State Courts of North Dakota; and has not been nor is currently the subject of any disciplinary proceedings, and, therefore, is a member in good standing.

The above information is provided pursuant to the provisions of Rule 6.1 of the North Dakota Rules for Lawyer Discipline.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of said Court, at the City of Bismarck.

Dated: June 18, 2024

Petra H. Mandigo Hulm
Clerk
North Dakota Supreme Court

www.ndcourts.gov

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

JORDAN BLAISE WEIR

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 16, 2013

Given under my hand and seal of this court on

June 18, 2024

Emily J. Eschweiler, Director
Office of Lawyer Registration

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of WOLFENZON ROLLE, and hereby certify that on this 20th day of June, 2024, **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**, was filed and served via the United States District Court CM/ECF system on all parties or persons requiring notice.

RENA MCDONALD, ESQ.
Nevada Bar No. 8852
**ECLIPSE LAW GROUP**
203 S. Water Street, Suite 300
Henderson, Nevada 89015
Tel.: 702.448.4962
Fax: 702.448.5011
rena@eclipselawgroup.com

*Attorney for Plaintiff*,
DANIEL VICTOR HANCOCK

JORDAN B. WEIR, ESQ.
North Dakota Bar No. 07852
(*pro hac vice* pending)
**VOGEL LAW FIRM**
218 NP Avenue
P.O. Box 1389
Fargo, North Dakota
Tel.:701.237.6983
jweir@vogellaw.com

*Attorneys for Defendants*,
DULUTH NEWS TRIBUNE
and JIMMY LOVRIEN

                                                  /s/ Walter Monge
                                            An employee of WOLFENZON ROLLE