BRUNO WOLFENZON, ESQ.
Nevada Bar No. 6177
JONATHAN P. ROLLE, ESQ.
Nevada Bar No. 4367
MICHAEL KUSTRA, ESQ.
Nevada Bar No. 14899
**WOLFENZON ROLLE**
6725 Via Austi Parkway, Ste. 240
Las Vegas, Nevada 89119
Tel.: 702.836.3138
Fax: 702.836.3139
bruno@wolfenzon.com
jrolle@wolfenzon.com
mkustra@wolfenzon.com

JORDAN B. WEIR
ND Bar# 07852 (*pro hac vice* pending)
**VOGEL LAW FIRM**
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
701.237.6983
jweir@vogellaw.com

**ATTORNEYS FOR DEFENDANTS**
**DULUTH NEWS TRIBUNE AND JIMMY LOVRIEN**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL VICTOR HANCOCK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMY LOVRIEN, an individual, DULUTH NEWS TRIBUNE, LLC, a Minnesota Limited Liability Company, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-369-CDS-NJK<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

The undersigned attorney of record for Duluth News Tribune and Jimmy Lovrien certifies that the following may have a direct, pecuniary interest in the outcome of this case: The Forum Communications Company, a North Dakota Corporation, owns the Duluth News Tribune and has a financial interest in the outcome of the case. The undersigned is not aware of any other potentially interested parties.

Dated this 21st day of June, 2024.

*/s/ Jordan B Weir*
JORDAN B. WEIR
ND Bar# 07852 (*pro hac vice* pending)
**VOGEL LAW FIRM**
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
701.237.6983
jweir@vogellaw.com

BRUNO WOLFENZON, ESQ.
Nevada Bar No. 6177
JONATHAN P. ROLLE, ESQ.
Nevada Bar No. 4367
MICHAEL KUSTRA, ESQ.
Nevada Bar No. 14899
**WOLFENZON ROLLE**
6725 Via Austi Parkway, Ste. 240
Las Vegas, Nevada 89119
Tel.: 702.836.3138
Fax: 702.836.3139
bruno@wolfenzon.com
jrolle@wolfenzon.com
mkustra@wolfenzon.com

**ATTORNEYS FOR DEFENDANTS
DULUTH NEWS TRIBUNE AND JIMMY LOVRIEN**