1  BRUNO WOLFENZON, ESQ.
2  Nevada Bar No. 6177
3  JONATHAN P. ROLLE, ESQ.
4  Nevada Bar No. 4367
5  MICHAEL KUSTRA, ESQ.
6  Nevada Bar No. 14899
7  **WOLFENZON ROLLE**
8  6725 Via Austi Parkway, Ste. 240
9  Las Vegas, Nevada 89119
10 Tel.: 702.836.3138
11 Fax: 702.836.3139
12 bruno@wolfenzon.com
13 jrolle@wolfenzon.com
14 mkustra@wolfenzon.com
15
16 JORDAN B. WEIR
17 ND Bar# 07852 (*pro hac vice* pending)
18 **VOGEL LAW FIRM**
19 218 NP Avenue
20 PO Box 1389
21 Fargo, ND  58107-1389
22 701.237.6983
23 jweir@vogellaw.com
24
25 **ATTORNEYS FOR DEFENDANTS**
26 **DULUTH NEWS TRIBUNE AND JIMMY LOVRIEN**
27
28

29                    UNITED STATES DISTRICT COURT
30                         DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL VICTOR HANCOCK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMY LOVRIEN, an individual, DULUTH NEWS TRIBUNE, LLC, a Minnesota Limited Liability Company, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-369-CDS-NJK<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

31

1        The undersigned attorney of record for Duluth News Tribune and Jimmy Lovrien 2 certifies that the following may have a direct, pecuniary interest in the outcome of this case: 3 The Forum Communications Company, a North Dakota Corporation, owns the Duluth News 4 Tribune and has a financial interest in the outcome of the case. The undersigned is not aware 5 of any other potentially interested parties.

6        Dated this 21st day of June, 2024.

*/s/ Jordan B Weir*
JORDAN B. WEIR
ND Bar# 07852 (*pro hac vice* pending)
**VOGEL LAW FIRM**
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
701.237.6983
jweir@vogellaw.com

BRUNO WOLFENZON, ESQ.
Nevada Bar No. 6177
JONATHAN P. ROLLE, ESQ.
Nevada Bar No. 4367
MICHAEL KUSTRA, ESQ.
Nevada Bar No. 14899
**WOLFENZON ROLLE**
6725 Via Austi Parkway, Ste. 240
Las Vegas, Nevada 89119
Tel.: 702.836.3138
Fax: 702.836.3139
bruno@wolfenzon.com
jrolle@wolfenzon.com
mkustra@wolfenzon.com

**ATTORNEYS FOR DEFENDANTS DULUTH NEWS TRIBUNE AND JIMMY LOVRIEN**

# **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of WOLFENZON ROLLE, and hereby certify that on this 21st day of June, 2024, **CERTIFICATE OF INTERESTED PARTIES**, was filed and served via the United States District Court CM/ECF system on all parties or persons requiring notice.

RENA MCDONALD, ESQ.
Nevada Bar No. 8852
**ECLIPSE LAW GROUP**
203 S. Water Street, Suite 300
Henderson, Nevada 89015
Tel.: 702.448.4962
Fax: 702.448.5011
rena@eclipselawgroup.com

*Attorney for Plaintiff*,
DANIEL VICTOR HANCOCK

JORDAN B. WEIR, ESQ.
North Dakota Bar No. 07852
(*pro hac vice* pending)
**VOGEL LAW FIRM**
218 NP Avenue
P.O. Box 1389
Fargo, North Dakota
Tel.:701.237.6983
jweir@vogellaw.com

*Attorneys for Defendants*,
DULUTH NEWS TRIBUNE
and JIMMY LOVRIEN

/s/ Walter Monge
An employee of WOLFENZON ROLLE

1