```
 1
 2
 3
 4
 5
 6                      UNITED STATES DISTRICT COURT
 7                            DISTRICT OF NEVADA
 8  DANIEL VICTOR HANCOCK, an          )   Case No. 2:24-cv-369-CDS-NJK
 9  individual,                        )
                                       )
                                       )   VERIFIED PETITION FOR
10              Plaintiff(s),          )   PERMISSION TO PRACTICE
                                       )   IN THIS CASE ONLY BY
11       vs.                           )   ATTORNEY NOT ADMITTED
    JIMMY LOVRIEN, et.al.              )   TO THE BAR OF THIS COURT
12                                     )   AND DESIGNATION OF
                                       )   LOCAL COUNSEL
13                                     )
              Defendant(s).            )
14  _____)   FILING FEE IS $250.00
15                                              [ECF No. 16]
```

              _____Jordan B. Weir_____, Petitioner, respectfully represents to the Court:
                   (name of petitioner)

   1.   That Petitioner is an attorney at law and a member of the law firm of

                                   Vogel Law Firm
   _____
                                    (firm name)

   with offices at _____218 Northern Pacific Avenue_____,
                                  (street address)

   ____Fargo____, ____North Dakota____ ▼ , ____58102____,
        (city)           (state)                (zip code)

   ____701-237-6983____, ____jweir@vogellaw.com____.
   (area code + telephone number)      (Email address)

   2.   That Petitioner has been retained personally or as a member of the law firm by

   __Jimmy Lovrien and Duluth News Tribune__ to provide legal representation in connection with
              [client(s)]

   the above-entitled case now pending before this Court.

                                                                                    Rev. 5/16

3. That since ___2/7/2014___ , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _North Dakota_
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US District Court for the District of North Dakota | 11/25/2014 | NA |
| Minnesota | 10/16/2013 | 0395201 |
| US District Court for the District of Minnesota | 5/25/2016 | NA |
| Eighth Circuit Court of Appeals | 7/20/2023 | NA |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

1  6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give
2  particulars if ever denied admission):

3  None
4
5

6  7. That Petitioner is a member of good standing in the following Bar Associations.

7  State Bar Association of North Dakota; Minnesota State Bar Association
8
9

10  8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2
11  (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

12  Date of Application     Cause           Title of Court              Was Application
                                            Administrative Body         Granted or
13                                          or Arbitrator               Denied

14          None
15
16
17
18

19              (If necessary, please attach a statement of additional applications)

20  9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the
21  State of Nevada with respect to the law of this state governing the conduct of attorneys to the same
22  extent as a member of the State Bar of Nevada.

23  10. Petitioner agrees to comply with the standards of professional conduct required of
24  the members of the bar of this court.

25  11. Petitioner has disclosed in writing to the client that the applicant is not admitted to
26  practice in this jurisdiction and that the client has consented to such representation.

27
28

Rev. 5/16

1     That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF North Dakota )
COUNTY OF Cass )

    Jordan B. Weir, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

20th day of June, 2024.

_____
Notary Public or Clerk of Court

JESSICCA BYE
Notary Public
State of North Dakota
My Commission Expires Dec 11, 2026

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate **Michael Kustra**, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

6725 Via Austi Parkway, Suite 240
(street address)

Las Vegas, Nevada, 89119
(city) (state) (zip code)

702-836-3138, mkustra@wolfenzon.com
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Michael Kustra_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*/s/ Neal Ronquist*
(party's signature)

Neal Ronquist
(type or print party name, title)

*/s/*
(party's signature)

Jimmy Lovrien
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Michael Kustra*
Designated Resident Nevada Counsel's signature

14899                    mkustra@wolfenzon.com
Bar number               Email address

APPROVED:

Dated: this __25th__ day of __June__, 20__24__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16