BRUNO WOLFENZON, ESQ.
Nevada Bar No. 6177
JONATHAN P. ROLLE, ESQ.
Nevada Bar No. 4367
MICHAEL KUSTRA, ESQ.
Nevada Bar No. 14899
**WOLFENZON ROLLE**
6725 Via Austi Parkway, Ste. 240
Las Vegas, Nevada 89119
Tel.: 702.836.3138
Fax: 702.836.3139
bruno@wolfenzon.com
jrolle@wolfenzon.com
mkustra@wolfenzon.com

JORDAN B. WEIR
ND Bar# 07852 (*pro hac vice*)
**VOGEL LAW FIRM**
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
701.237.6983
jweir@vogellaw.com

**ATTORNEYS FOR DEFENDANTS**
**DULUTH NEWS TRIBUNE AND JIMMY LOVRIEN**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL VICTOR HANCOCK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMY LOVRIEN, an individual, DULUTH NEWS TRIBUNE, LLC, a  Minnesota Limited Liability Company, and  ROE CORPORATIONS I through X,  inclusive,<br><br>Defendants. | Case No. 2:24-cv-369-CDS-NJK<br><br><br>**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants Duluth News Tribune ("Duluth News") and Jimmy Lovrien ("Lovrien") respectfully submit this Reply Memorandum of Points and Authorities in support of their Motion to Dismiss for lack of Personal Jurisdiction. Local Rule LR 7-2(b), states in relevant part: "For all other motions [excluding a motion for summary judgment], the deadline to file and serve any points and authorities in response to the motion is 14 days after service of the motion." The Notice of Motion, Motion, and Memorandum of Points and Authorities in Support of Motion to Dismiss for Lack of Personal Jurisdiction was filed with the Court on June 20, 2024. Applying Federal Rule Civil Procedure 6, a response was due on July 5, 2024. No response was filed with this court. This Reply was then due seven days later on July 12, 2024.

Under Local Rule LR 7-2, "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." Accordingly, Duluth News and Lovrien respectfully request the Court grant the Motion to Dismiss for Lack of Personal Jurisdiction.

Dated this 12th day of July, 2024.

                 */s/ Jordan B. Weir*_____
                 JORDAN B. WEIR
                 ND Bar# 07852 (*pro hac vice*)
                 **VOGEL LAW FIRM**
                 218 NP Avenue
                 PO Box 1389
                 Fargo, ND  58107-1389
                 701.237.6983
                 jweir@vogellaw.com

| | |
|---|---|
| 1 | BRUNO WOLFENZON, ESQ. |
| 2 | Nevada Bar No. 6177 |
| 3 | JONATHAN P. ROLLE, ESQ. |
| 4 | Nevada Bar No. 4367 |
| 5 | MICHAEL KUSTRA, ESQ. |
| 6 | Nevada Bar No. 14899 |
| 7 | **WOLFENZON ROLLE** |
| 8 | 6725 Via Austi Parkway, Ste. 240 |
| 9 | Las Vegas, Nevada 89119 |
| 10 | Tel.: 702.836.3138 |
| 11 | Fax: 702.836.3139 |
| 12 | bruno@wolfenzon.com |
| 13 | jrolle@wolfenzon.com |
| 14 | mkustra@wolfenzon.com |
| 15 | |
| 16 | **ATTORNEYS FOR DEFENDANTS** |
| 17 | **DULUTH NEWS TRIBUNE AND JIMMY** |
| 18 | **LOVRIEN** |

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of WOLFENZON ROLLE, and hereby certify that on this 12th day of July, 2024, **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**, was filed and served via the United States District Court CM/ECF system on all parties or persons requiring notice.

RENA MCDONALD, ESQ.
Nevada Bar No. 8852
**ECLIPSE LAW GROUP**
203 S. Water Street, Suite 300
Henderson, Nevada 89015
Tel.: 702.448.4962
Fax: 702.448.5011
rena@eclipselawgroup.com

*Attorney for Plaintiff*,
DANIEL VICTOR HANCOCK

JORDAN B. WEIR, ESQ.
North Dakota Bar No. 07852
(*pro hac vice*)
**VOGEL LAW FIRM**
218 NP Avenue
P.O. Box 1389
Fargo, North Dakota
Tel.:701.237.6983
jweir@vogellaw.com

*Attorneys for Defendants*,
DULUTH NEWS TRIBUNE
and JIMMY LOVRIEN

    /s/ Walter Monge
An employee of WOLFENZON ROLLE

1