**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL VICTOR HANCOCK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMY LOVRIEN, an individual, DULUTH NEWS TRIBUNE, LLC, a Minnesota Limited Liability Company, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-369-CDS-NJK<br><br>**PROPOSED ORDER** |

This matter came before the Court on the Motion of Jimmy Lovrien and Duluth News Tribune, LLC to Dismiss for Lack of Personal Jurisdiction. Plaintiff Daniel Victor Hancock has failed to respond to the motion as required by Local Rule LR 7-2(b). Under Local Rule LR 7-2, "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." **IT IS HEREBY ORDERED**, as follows:

1. Defendants' Motion to Dismiss for Lack of Personal Jurisdiction is **GRANTED.**

2. Plaintiff Daniel Victor Hancock's Complaint against Defendants Jimmy Lovrien and Duluth News Tribune, LLC, is hereby **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated this ___ day of _____________, 2024.

______________________________
Cristina D. Silva
Judge of the District Court

BRUNO WOLFENZON, ESQ.
Nevada Bar No. 6177
JONATHAN P. ROLLE, ESQ.
Nevada Bar No. 4367
MICHAEL KUSTRA, ESQ.
Nevada Bar No. 14899
**WOLFENZON ROLLE**
6725 Via Austi Parkway, Ste. 240
Las Vegas, Nevada 89119
Tel.: 702.836.3138
Fax: 702.836.3139
bruno@wolfenzon.com
jrolle@wolfenzon.com
mkustra@wolfenzon.com

JORDAN B. WEIR
ND Bar# 07852 (*pro hac vice*)
**VOGEL LAW FIRM**
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
701.237.6983
jweir@vogellaw.com

**ATTORNEYS FOR DEFENDANTS**
**DULUTH NEWS TRIBUNE AND JIMMY LOVRIEN**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL VICTOR HANCOCK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMY LOVRIEN, an individual, DULUTH NEWS TRIBUNE, LLC, a Minnesota Limited Liability Company, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-369-CDS-NJK<br><br>**CERTIFICATION** |

**CERTIFICATION**

I, Jordan Weir, Esq. (*pro hac vice*), am counsel for defendants, Duluth News Tribune and Jimmy Lovrien in the above-referenced matter. I hereby certify that on July 12, 2024, I personally served, via email correspondence, a copy of the attached Proposed Order to Plaintiff, Daniel Victor Hancock's counsel, Rena McDonald, Esq., of Eclipse Law Group. A true and correct copy of said email correspondence is attached hereto as **Exhibit A – Proposed Order Email Correspondence**. More than three days after service have passed and no reasons for disapproval were received. Pursuant to LR7-2(f), such "failure to notify the prevailing party within three days of any reason for disapproval will be deemed an approval."

DATED this 19th day of July, 2024.


*/s/ Jordan B. Weir*
JORDAN B. WEIR
ND Bar# 07852 (*pro hac vice*)
**VOGEL LAW FIRM**
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
701.237.6983
jweir@vogellaw.com

BRUNO WOLFENZON, ESQ.
Nevada Bar No. 6177
JONATHAN P. ROLLE, ESQ.
Nevada Bar No. 4367
MICHAEL KUSTRA, ESQ.
Nevada Bar No. 14899
**WOLFENZON ROLLE**
6725 Via Austi Parkway, Ste. 240
Las Vegas, Nevada 89119
Tel.: 702.836.3138
Fax: 702.836.3139
bruno@wolfenzon.com
jrolle@wolfenzon.com
mkustra@wolfenzon.com

**ATTORNEYS FOR DEFENDANTS DULUTH NEWS TRIBUNE AND JIMMY LOVRIEN**

**INDEX OF EXHIBITS**

Exhibit A – Proposed Order Email Correspondence

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of WOLFENZON ROLLE, and hereby certify that on this 19th day of July, 2024, **PROPOSED ORDER and CERTIFICATION**, was filed and served via the United States District Court CM/ECF system on all parties or persons requiring notice.

RENA MCDONALD, ESQ.
Nevada Bar No. 8852
**ECLIPSE LAW GROUP**
203 S. Water Street, Suite 300
Henderson, Nevada 89015
Tel.: 702.448.4962
Fax: 702.448.5011
rena@eclipselawgroup.com

*Attorney for Plaintiff*,
DANIEL VICTOR HANCOCK

JORDAN B. WEIR, ESQ.
North Dakota Bar No. 07852
(*pro hac vice*)
**VOGEL LAW FIRM**
218 NP Avenue
P.O. Box 1389
Fargo, North Dakota
Tel.:701.237.6983
jweir@vogellaw.com

*Attorneys for Defendants*,
DULUTH NEWS TRIBUNE
and JIMMY LOVRIEN

/s/ Walter Monge
An employee of WOLFENZON ROLLE

# EXHIBIT A –
# PROPOSED ORDER EMAIL CORRESPONDENCE

EXHIBIT A –
PROPOSED ORDER EMAIL CORRESPONDENCE

| | |
|---|---|
| **From:** | Jordan B. Weir |
| **To:** | rena@eclipselawgroup.com |
| **Cc:** | Tracy A. Ottum |
| **Subject:** | Proposed Order - Hancock v. Lovrien, et al. |
| **Date:** | Friday, July 12, 2024 6:44:11 PM |
| **Attachments:** | (Proposed) Order Granting MTD for lack of PJ 4880-1206-7024.1.pdf |

Good evening:

In accordance with the Local Rules of Procedure, attached is a copy of a proposed order we intend to file with the Court.

Sincerely,

Jordan Weir

Get Outlook for iOS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| DANIEL VICTOR HANCOCK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMY LOVRIEN, an individual, DULUTH NEWS TRIBUNE, LLC, a Minnesota Limited Liability Company, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-369-CDS-NJK<br><br>**PROPOSED ORDER** |
|---|---|

This matter came before the Court on the Motion of Jimmy Lovrien and Duluth News Tribune, LLC to Dismiss for Lack of Personal Jurisdiction. Plaintiff Daniel Victor Hancock has failed to respond to the motion as required by Local Rule LR 7-2(b). Under Local Rule LR 7-2, "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." **IT IS HEREBY ORDERED**, as follows:

1. Defendants' Motion to Dismiss for Lack of Personal Jurisdiction is **GRANTED.**

2. Plaintiff Daniel Victor Hancock's Complaint against Defendants Jimmy Lovrien and Duluth News Tribune, LLC, is hereby **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated this ___ day of _____________, 2024.

_______________________________
Cristina D. Silva
Judge of the District Court