UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Daniel Victor Hancock,<br><br>            Plaintiff<br><br>    v.<br><br>Jimmy Lovrien, et al.,<br><br>            Defendants | Case No. 2:24-cv-00369-CDS-NJK<br><br>**Notice of Intent to Dismiss Under Rule 4(m) of the Federal Rules of Civil Procedure** |

Plaintiff Daniel Hancock's amended complaint was filed on May 21, 2024. ECF No. 7. Defendants include Jimmy Lovrien, John Ramos, and Duluth News Tribune, LLC. *Id*. To date, there has been no proof of service filed as to defendant John Ramos. Federal Rule of Civil Procedure 4(m) provides, in part, that:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Notice is given that this action will be dismissed without prejudice as to Ramos unless proof of service is filed with the clerk **by August 22, 2024**. Service on the party must have taken place prior to the expiration of the time limit set forth in Fed. R. Civ. P. 4(m), or good cause must be shown as to why such service was not made in that period.

Failure to comply with this notice will result in dismissal of the action without prejudice as to defendant John Ramos.

Dated: July 22, 2024

_____
Cristina D. Silva
United States District Judge