AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Daniel Victor Hancock

        Plaintiff,

v.

Jimmy Lovrien, et al.,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:24-cv-00369-CDS-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

IT IS THEREFORE ORDERED that defendants Jimmy Lovrien and Duluth News Tribune's motion to dismiss [ECF No. 17] is GRANTED. The Clerk of Court is kindly instructed to enter judgment accordingly.

7/23/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ C. Torres  
Deputy Clerk