RENA MCDONALD, ESQ.
Nevada Bar No. 8852
**ECLIPSE LAW GROUP**
203 S. Water Street, Suite 300
Henderson, NV 89015
Telephone: (702) 448-4962
Facsimile: (702) 448-5011
rena@eclipselawgroup.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL VICTOR HANCOCK, an individual, <br><br> Plaintiff, <br> vs. <br><br> JIMMY LOVRIEN, an individual, DULUTH NEWS TRIBUNE, LLC, a Minnesota Limited Liability Company, and ROE CORPORATIONS I through X, inclusive. | CASE NO.    : 2:24-cv-00369 <br><br> **NOTICE OF VOLUNTARY DISMISSAL <br> OF THIS ENTIRE CASE** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

DANIEL VICTOR HANCOCK is the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this entire case.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

DATED this 14th day of August 2024.

**ECLIPSE LAW GROUP**

*/s/ Rena McDonald*
Rena McDonald, Esq.
Nevada Bar No. 8852
203 S. Water Street, Suite 300
Henderson, NV 89015
Telephone: (702) 448-4962
Email: rena@eclipselawgroup.com
*Attorney for Plaintiff*